FILED
FEB 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

David Henderson, Plaintiff
4635 Atlas #8
El Paso, TX 79904
(915) 759-9273

CASE NUMBER 1:06CV00245
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employme
DATE STAMP: 02/10/2006

JURY ACTION

v.

LT. Gen. Keith Alexander
Director
National Security Agency
9800 Sabage Road
Fort Meade, MD 20755-6010
Defendant.

COMPLAINT FOR DAMAGES

Plaintiff's phone has been tapped by the US Government since 1990, since 1998 by Defendant under an illegal wiretap without a FISA warrant. Defendant is a former

RECEIVED
JAN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2

State Department foreign service officer 1969-1981 who during a three year assignment as an intelligence analyst had acess to some of the most sensitive information of the US Government.

Plaintiff was informed by the US State Department in a 1998 letter that he has a 43 page Terrorism and Counterintelligence file. The file was created out of thin air to silence plaintiff over facts he knew about the 1980 Iran hostage release - October Surprise -

In 1988 Assistant U.S. District Attorney in El Paso informed plaintiff he would be killed if he went public with the letter which was subsequently stolen from plaintiff's residence.

Plaintiff requests an order to stop the wiretap and ten million dollars in damages.

Plaintiff requests a jury trial.

Respectfully submitted
David Henderson, pro se
4635 Alas #8
El Paso, TX 79904