**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LT. GENERAL KEITH ALEXANDER, )<br>   DIRECTOR, NATIONAL SECURITY )<br>   AGENCY, )<br>Defendant. )<br>) | Civil Action No: 1:06CV00245 (CKK) |

**PROPOSED ORDER**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), and upon consideration of the memorandum submitted by the parties, the motion to dismiss of defendant Lt. General Keith Alexander, Director, National Security Agency, is hereby GRANTED, and it is hereby

ORDERED that this action be dismissed.

DATED: _____

                                                    Honorable Colleen Kollar-Kotelly
                                                  United States District Judge