IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

DAVID HENDERSON
Plaintiff

CA NO. 1:06CV00245
v.                                    CKK

LT. GENERAL
KEITH ALEXANDER
DIRECTOR, NSA, Defendant

RECEIVED
MAY - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS

Defendant's Motion is accompanied by a memo full of legalisms that do not refute the gravamen of plaintiff's Complaint, namely that defendant has

2

and continues to intercept/tap his phone conversations. It is significant that nowhere does the response deny this fact, because to do so would subject the Government's attorneys to disbarment and criminal prosecution when the truth comes out, which it inevitably will.

Defendant's response acknowledges that Plaintiff's monetary claim arises under

3.

the Federal Tort Claims Act. Since Defendant's torts and malfeasance continue to the present any statute of limitations has not run. Plaintiff respectfully requests the Court to deny Defendant's Motion to Dismiss and to approve Plaintiff's Motion for Discovery, enclosed asking for all records Defendant has on him.

4

Respectfully submitted,

DAVID E HENDERSON
PO BOX 23004
El Paso, TX 79923
(915) 759-0751
(New address and phone number)

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's RESPONSE was mailed on 29th of April ~~May~~ 2006 to Renee S. Orleans, U.S. Department of Justice, 20 Massachusetts Ave, NW, Washington, DC 20001

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

DAVID HENDERSON

    Plaintiff    CA NO. 1:06cv60
                              245 (CKK)

    v.

LT GENERAL
KEITH ALEXANDER
DIRECTOR, NSA

    PROPOSED ORDER

It is hereby ordered that Defendant provide Plaintiff, copy of every document, tape, recording, computer record and any other instrument containing

Plaintiff's name in the possesion of Defendant.

DATED

Honorable Colleen Kollar-Kotelly
United States District Judge

RECEIVED
MAY -1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT