# DEFENDANT'S

# EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID HENDERSON,           )
                           )
        Plaintiff,         )
                           )
    v.                     )    Civil Action No.   06 0298
                           )
ALBERT GONZALES, Attorney  )
General, et al.,           )
                           )
        Defendants.        )
_____)

## MEMORANDUM OPINION

This matter comes before the Court upon review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed without prejudice for failure to exhaust administrative remedies.

Plaintiff alleges that he is a former State Department foreign service officer. He alleges various federal government officials have harassed him due to his knowledge of secret facts about the 1980 Iranian hostage release. Plaintiff admits that he filed suit on this issue in 1995 and it was dismissed. He also filed an action in the United States District Court in El Paso, Texas. The Court dismissed that complaint as frivolous. In 1998, plaintiff filed another action which was dismissed based on the doctrine of *res judicata*. In the present action, plaintiff seeks $4 billion in damages.

Pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, district courts have jurisdiction over claims arising from torts committed by federal employees in the scope of their employment. *Sloan v. Dep't of Housing and Urban Dev.*, 236 F.3d 756, 759 (D.C. Cir. 2001). The FTCA is the exclusive remedy for torts committed by federal employees. *United States v. Smith*, 499 U.S. 160, 163 (1991). The statute bars claimants from bringing suit until they have exhausted their

administrative remedies. *McNeil v. United States*, 508 U.S. 106, 113 (1993). The exhaustion requirement is jurisdictional. *Id.*

In order to exhaust administrative remedies under the FTCA, plaintiff must have presented the agency with a claim describing the injury with particularity setting forth a "sum certain" of damages and the agency has either denied the claim in writing or failed to provide a final disposition within six months of the claim's filing. 28 U.S.C. § 2675(a). Plaintiff has alleged no facts that demonstrate that she has exhausted her administrative remedies. Accordingly, lacks subject matter jurisdiction over plaintiff's complaint and it will be dismissed. An appropriate order accompanies this Memorandum Opinion.

DATE: 2/10/06

_____
United States District Judge

CLOSED, PROSE-NP, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00459-UNA

HENDERSON v. GONZALES
Assigned to: Unassigned
Demand: $1,000,000,000
Cause: 28:2674 Federal Tort Claims Act

Date Filed: 03/10/2006
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

DAVID HENDERSON     represented by     DAVID HENDERSON
4635 Atlas
Apartment 8
El Paso, TX 79904
(915) 759-9273
PRO SE

V.

**Defendant**

ALBERTO GONZALES
*Attorney General*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/10/2006 | 1 | COMPLAINT against ALBERTO GONZALES filed by DAVID HENDERSON. Attachments(ls, ) (Entered: 03/15/2006) |
| 03/10/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by DAVID HENDERSON. (ls, ) (Entered: 03/15/2006) |
| 03/10/2006 | 3 | MEMORANDUM . Signed by Judge Paul L. Friedman on 03/06/06. (ls, ) (Entered: 03/15/2006) |
| 03/10/2006 | 4 | ORDER DISMISSING CASE without prejudice for lack of subject matter jurisdiction; The application to proceed in forma pauperis is granted. Signed by Judge Paul L. Friedman on 03/06/06. (ls, ) (Entered: 03/15/2006) |

**PACER Service Center**

JURY, PROSE-NP, TYPE-C

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00233-RCL

HENDERSON v. RICE  
Assigned to: Judge Royce C. Lamberth  
Cause: 28:1331 Fed. Question: Review Agency Decision

Date Filed: 02/09/2006  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

DAVID HENDERSON     represented by   DAVID HENDERSON  
4635 Atlas  
Apartment 8  
El Paso, TX 79904  
US  
(915) 759-9273  
PRO SE

V.

**Defendant**

CONDOLEEZZA RICE  
*Secretary of State*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2006 | 1 | COMPLAINT against CONDOLEEZZA RICE (Filing fee $ 0.00) filed by DAVID HENDERSON.(tg, ) (Entered: 02/10/2006) |
| 02/09/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by DAVID HENDERSON. (tg, ) (Entered: 02/10/2006) |
| 02/09/2006 | | ORDER (Fiat) granting 2 Motion for Leave to Proceed in forma pauperis . Signed by Judge Ellen S. Huvelle on 2/2/06. (tg, ) (Entered: 02/10/2006) |
| 02/09/2006 | | SUMMONS Not Issued as to CONDOLEEZZA RICE, U.S. Attorney General, U.S. Attorney. (tg, ) (Entered: 02/10/2006) |
| 03/08/2006 | | Summons (3) Issued as to CONDOLEEZZA RICE, U.S. Attorney and U.S. Attorney General (tg, ) (Entered: 03/09/2006) |
| 03/20/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 3/14/2006, answer due 5/15/2006 (tg, ) (Entered: 03/22/2006) |

| 03/20/2006 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 3/14/06. (tg, ) (Entered: 03/22/2006) |
| --- | --- | --- |
| 04/03/2006 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CONDOLEEZZA RICE served on 3/24/2006, answer due 5/23/2006. (tg, ) (Entered: 04/04/2006) |

## PACER Service Center

### Transaction Receipt

05/04/2006 10:35:55

| PACER Login: | dj0009 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00233-RCL |
| Billable Pages: | 1 | Cost: | 0.08 |

# DEFENDANT'S

# EXHIBIT NO. 2

CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (El Paso)
# CIVIL DOCKET FOR CASE #: 3:01-cv-00044-DB

Henderson v. Powell  
Assigned to: Judge David Briones  
Demand: $0  
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 02/16/2001  
Jury Demand: None  
Nature of Suit: 330 Federal Employer's Liability  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

David Henderson     represented by     David Henderson  
P.O. Box 23004  
El Paso, TX 79923  
(915) 541-6865  
PRO SE

V.

**Defendant**

William Powell  
*Secretary of State*

represented by **Magdalena G. Jara**  
Assistant U.S. Attorney  
700 E. San Antonio Street  
Suite 200  
El Paso, TX 79901  
(915) 534-6884  
Fax: 915/534-6640  
Email: magdalena.jara@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2001 | | Case assigned to Judge David Briones (aq) (Entered: 02/13/2001) |
| 02/12/2001 | 1 | Motion by David Henderson to proceed in forma pauperis in re: complaint. (aq) (Entered: 02/13/2001) |
| 02/16/2001 | 2 | Order granting motion to proceed in forma pauperis [1-1] (mt) (Entered: 02/16/2001) |
| 02/16/2001 | 3 | Complaint filed. (mt) (Entered: 02/16/2001) |
| 08/28/2001 | 4 | Order for Service of Process (rc) (Entered: 08/29/2001) |

| 11/01/2001 | 5 | Motion by William Powell to extend time to file response (rc) (Entered: 11/02/2001) |
| --- | --- | --- |
| 11/05/2001 | 6 | Order granting motion to extend time to file response [5-1] Defendant's answer on or before 12/5/01 (rc) (Entered: 11/06/2001) |
| 12/05/2001 | 7 | Motion by William Powell to dismiss , or in the alternative for summary judgment (rc) (Entered: 12/06/2001) |
| 12/10/2001 | 8 | Response by David Henderson motion to dismiss [7-1] (rc) (Entered: 12/11/2001) |
| 12/26/2001 | 9 | Reply by William Powell to response to motion to dismiss [7-1], motion for summary judgment [7-2] (cr) (Entered: 12/27/2001) |
| 12/26/2001 | 10 | Motion by William Powell to supplement the record (cr) (Entered: 12/27/2001) |
| 12/28/2001 | 11 | Order granting motion to supplement the record [10-1] (rc) (Entered: 12/30/2001) |
| 01/17/2002 | 12 | Motion by William Powell to stay proceedings (rc) (Entered: 01/18/2002) |
| 01/22/2002 | 13 | Order granting motion to stay proceedings [12-1] (rc) (Entered: 01/23/2002) |
| 09/09/2002 | 14 | Memorandum Opinion and Order granting motion to dismiss case [7-1] (rc) (Entered: 09/10/2002) |
| 09/09/2002 |  | Mooted motions motion for summary judgment [7-2] (rc) (Entered: 09/10/2002) |
| 09/09/2002 |  | Case closed (rc) (Entered: 09/10/2002) |

# PACER Service Center

### Transaction Receipt

05/09/2006 15:55:06

| **PACER Login:** | dj0009 | **Client Code:** | |
| --- | --- | --- | --- |
| **Description:** | Docket Report | **Search Criteria:** | 3:01-cv-00044-DB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

APPEAL

## U.S. District Court [LIVE]
### Western District of Texas (El Paso)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00402-DB

Henderson v. Mueller  
Assigned to: Judge David Briones  
Demand: $0  
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 07/03/2005  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**David Henderson** represented by **David Henderson**  
PRO SE

**David . Henderon**  
4635 Atlas #8  
El Paso, TX 79904  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert . Mueller**  
*Director of Federal Bureau of Investigation, Washington, DC*

represented by **Eduardo R. Castillo**  
Assistant United States Attorney  
700 East San Antonio  
El Paso, TX 79901  
(915) 534-6884  
Fax: 915/534-6640  
Email: eddie.castillo@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2004 |   | Case assigned to Judge David Briones (em) (Entered: 11/01/2004) |
| 10/28/2004 | 1 | Motion by David . Henderon to proceed in forma pauperis (em) (Entered: 11/01/2004) |
| 05/10/2005 | 2 | Order granting motion to proceed in forma pauperis [1-1] signed by Judge David Briones (dag) (Entered: 05/10/2005) |
| 05/10/2005 | 3 | Complaint filed. Filing Fee: $ 0 Receipt # - (Pages: 5) (dag) (Entered: 07/11/2005) |

| | | |
|---|---|---|
| 10/05/2005 | 4 | Notice of filing by David Henderson request for service (rc) (Entered: 10/13/2005) |
| 10/07/2005 | | Summons issued for Robert Mueller (dag) (Entered: 10/13/2005) |
| 10/17/2005 | 5 | Order denying as moot Request for Service [4-1] signed by Judge David Briones (rc) (Entered: 10/17/2005) |
| 10/24/2005 | 6 | Acknowledgement of service as to the Attorney General of the United States on 10/18/05 (rc) Modified on 10/25/2005 (Entered: 10/25/2005) |
| 10/24/2005 | 7 | Acknowledgement of service as to Robert Mueller - Federal Bureau of Investigation on 10/19/05 (rc) Modified on 10/25/2005 (Entered: 10/25/2005) |
| 10/24/2005 | 8 | Acknowledgement of service as to Office of the U.S. Attorney on 10/14/05 (rc) (Entered: 10/25/2005) |
| 12/16/2005 | 9 | Motion by Robert Mueller to dismiss (rc) (Entered: 12/19/2005) |
| 12/27/2005 | 10 | Response by David Henderson motion to dismiss [9-1] (em) (Entered: 12/27/2005) |
| 01/06/2006 | 11 | Notice of filing by David Henderson change of address (rc) (Entered: 01/06/2006) |
| 01/17/2006 | 13 | Order striking plaintiff's request for justice signed by Judge David Briones (rc) (Entered: 01/17/2006) |
| 01/30/2006 | 14 | Motion by Robert . Mueller to stay rule 26 deadlines (rc) (Entered: 01/31/2006) |
| 02/01/2006 | 15 | Order granting motion to stay rule 26 deadlines [14-1] signed by Judge David Briones (rc) (Entered: 02/02/2006) |
| 02/07/2006 | 16 | Motion by David Henderson to stay (rc) (Entered: 02/07/2006) |
| 02/10/2006 | 17 | Response by Robert Mueller motion to stay [16-1] (rc) (Entered: 02/13/2006) |
| 02/14/2006 | 18 | Order granting in part, denying in part motion to stay [16-1] signed by Judge David Briones (rc) (Entered: 02/14/2006) |
| 03/02/2006 | 20 | Motion by Robert . Mueller to strike plaintiff's request for justice (rc) (Entered: 03/03/2006) |
| 03/22/2006 | 21 | Order granting motion to strike [20-1] signed by Judge David Briones (dag) (Entered: 03/22/2006) |
| 04/10/2006 | 22 | Memorandum Opinion and Order construing plaintiffs response to motion to dismiss as a motion to amend and denying motion, granting defendant's motion to dismiss [9-1] signed by Judge David Briones (rc) (Entered: 04/10/2006) |
| 04/10/2006 | | Case closed (rc) (Entered: 04/11/2006) |

| 04/17/2006 | 23 | Notice of appeal by David Henderson (mt) (Entered: 04/19/2006) |
| 04/17/2006 | | Notice of appeal and certified copy of docket to USCA: appeal [23-1] (mt) (Entered: 04/19/2006) |
| 04/24/2006 | 24 | Order that plaintiff's appeal is not taken in good faith and ordering plaintiff to pay appeal filing fee signed by Judge David Briones (rc) (Entered: 04/25/2006) |

## PACER Service Center

### Transaction Receipt

05/09/2006 15:56:06

| **PACER Login:** | dj0009 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-00402-DB |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (El Paso)
# CIVIL DOCKET FOR CASE #: 3:04-cv-00403-DB

Henderson v. Colin
Assigned to: Judge David Briones
Demand: $0
Cause: 05:552 Freedom of Information Act

Date Filed: 05/10/2005
Jury Demand: Plaintiff
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**David . Henderson**          represented by   **David . Henderson**
                                                4536 Atlas #8
                                                El Paso, TX 79904
                                                PRO SE

V.

**Defendant**

**Colin Powell**
*Secretary of State, U.S. Department of State*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2004 |   | Case assigned to Judge David Briones (em) (Entered: 11/01/2004) |
| 10/28/2004 | 1 | Motion by David . Henderson to proceed in forma pauperis (em) (Entered: 11/01/2004) |
| 05/10/2005 | 2 | Order granting motion to proceed in forma pauperis [1-1] dismissing cause signed by Judge David Briones (em) (Entered: 05/10/2005) |
| 05/10/2005 | 3 | Complaint filed. Filing Fee: $ 00 (Pages: 4) (em) (Entered: 05/10/2005) |
| 05/10/2005 |   | Case closed (em) (Entered: 05/10/2005) |
| 05/20/2005 | 4 | Order striking Pleading signed by Judge David Briones (em) (Entered: 05/20/2005) |
| 06/02/2005 | 5 | Motion by David . Henderson for reconsideration and Amendment of Complaint (em) (Entered: 06/07/2005) |
| 06/10/2005 | 6 | Order denying motion for reconsideration and Amendment of Complaint [5-1] signed by Judge David Briones (em) (Entered: 06/10/2005) |

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00461-DB

Henderson v. Rice  
Assigned to: Judge David Briones  
Demand: $0  
Cause: 28:1346 Tort Claim

Date Filed: 12/14/2004  
Jury Demand: Plaintiff  
Nature of Suit: 330 Federal Employer's Liability  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**David E. Henderson**    represented by    **David E. Henderson**  
P.O. Box 23004  
El Paso, TX 79923  
Fax: 915/578-6077  
PRO SE

V.

**Defendant**

**Condolezza Rice**    represented by    **Eduardo R. Castillo**  
*Secretary of State, U.S. Department of State*  
Assistant United States Attorney  
700 East San Antonio  
El Paso, TX 79901  
(915) 534-6884  
Fax: 915/534-6640  
Email: eddie.castillo@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/13/2004 |   | Case assigned to Judge Kathleen Cardone (em) (Entered: 12/14/2004) |
| 12/13/2004 | 1 | Motion by David E. Henderson to proceed in forma pauperis in re: Tort (em) (Entered: 12/14/2004) |
| 12/14/2004 |   | Motion referred : referred motion to proceed in forma pauperis [1-1] to Honorable Richard P. Mesa (aq) (Entered: 12/14/2004) |
| 12/14/2004 | 2 | Order granting motion to proceed in forma pauperis [1-1] signed by Honorable Richard P. Mesa (aq) (Entered: 12/14/2004) |
| 12/14/2004 | 3 | Complaint filed. (aq) (Entered: 12/15/2004) |

| 05/10/2005 | 4 | Order transferring case to the docket of the Honorable David Briones signed by Judge Kathleen Cardone (aq) (Entered: 05/10/2005) |
|---|---|---|
| 05/10/2005 |  | Case reassigned from Judge Kathleen Cardone to Judge David Briones (aq) (Entered: 05/10/2005) |
| 07/11/2005 | 5 | Order that plaintiff shall have thirty (30) days from date of this order to perfect service of process. Should plaintiff not comply, case to be dismissed pursuant to rule 4 of FRCP signed by Judge David Briones (rc) (Entered: 07/11/2005) |
| 07/19/2005 | 6 | Response by David E. Henderson to order [5-1] (rc) (Entered: 07/20/2005) |
| 07/22/2005 | 7 | Order for service signed by Judge David Briones (rc) (Entered: 07/25/2005) |
| 08/03/2005 |  | Summons issued for Condolezza Rice (rc) (Entered: 08/03/2005) |
| 08/08/2005 |  | Acknowledgement of service as to Condolezza Rice 8/5/05 (em) (Entered: 10/04/2005) |
| 08/12/2005 |  | Acknowledgment of receipt of summons svc. by Attorney General of the U.S. (rc) (Entered: 08/22/2005) |
| 09/28/2005 | 8 | Motion by Condolezza Rice to dismiss (rc) (Entered: 09/29/2005) |
| 10/24/2005 | 9 | Order granting motion to dismiss [8-1] signed by Judge David Briones (rc) (Entered: 10/24/2005) |
| 10/24/2005 |  | Case closed (rc) (Entered: 10/24/2005) |

## PACER Service Center

### Transaction Receipt

05/09/2006 16:02:04

| PACER Login: | dj0009 | Client Code: |  |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:04-cv-00461-DB |
| Billable Pages: | 1 | Cost: | 0.08 |