UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HENDERSON, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 06-0245 (CKK)
 )
KEITH ALEXANDER, )
 )
    Defendant. )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #4] is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

This is a final appealable Order. *See* Fed. R. App. P. 4.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: 12/15/06