Re: Civil Action No. 06-245 (CKK)
David Henderson v. Keith Alexander

(915) 759-0021

P.O. Box 23004
El Paso, TX 79923

August 8, 2007

Clerk, US District Court for DC
333 Constitution Ave. NW
Washington, DC 20001

Dear Sir:

I have filed an administrative tort claim under the FTCA with defendant NSA and wish to reopen my case and hold it in abeyance while the agency completes its action.

Sincerely yours,

David E. Henderson
Pro se

**LET THIS BE FILED**

Judge Kolla-Kotelly
Oct 10, 2007