UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID HENDERSON,       )
                       )
        Plaintiff,     )
                       )
    v.                 )   Civil Action No. 06-0245 (CKK)
                       )
KEITH ALEXANDER,       )          **FILED**
                       )
        Defendant.     )          OCT 2 2 2007
_____)
                                  NANCY MAYER WHITTINGTON, CLERK
            **ORDER**                 U.S. DISTRICT COURT

This matter is before the Court on plaintiff's motion to reopen this case. It appears that plaintiff brought this civil action under the Federal Tort Claims Act ("FCTA"), which "bars claimants from bringing suit in federal court until they have exhausted their administrative remedies." *McNeil v. United States*, 508 U.S. 106, 113 (1993). A plaintiff exhausts after he presents his claim to the appropriate federal agency and the agency denies the claim in writing. *See* 28 U.S.C. § 2675(a). Here, although plaintiff represents that he has filed an administrative claim, he also indicates that the agency has not yet rendered its decision. Plaintiff, then, has not yet exhausted his administrative remedies.

Accordingly, it is hereby

ORDERED that plaintiff's motion to reopen case [Dkt. #9] is DENIED. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

Date: Oct 22, 2007

COLLEEN KOLLAR KOTELLY
United States District Judge

