UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

DAVID HENDERSON
Plaintiff

v.

KEITH ALEXANDER   06-0245
NSA              CCKK)
Defendant

PLAINTIFF'S PETITION
TO REOPEN

On December 15, 2006 the Court dismissed this case for lack of subject matter jurisdiction. On August 13, 2007 Plaintiff submitted the Administrative Requests for NSA records the Court requested.

The Defendant has not responded to numerous written and oral requests, so Plaintiff deems that his administrative request under the FTCA are denied.

Respectfully submitted,

David E. Hayden
Pine Hall #124
FMC Ft. Worth
P.O. Box 15330
Ft. Worth, TX 76119
(817) 534-0572