IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-00245 (CKK) |
| | ) | |
| LT. GENERAL KEITH ALEXANDER, DIRECTOR, NSA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander K. Haas will appear in this action on behalf of the Defendant as lead counsel.

All future correspondence and other communications regarding this case should be directed to Mr. Haas at the following addresses:

**FOR U.S. MAIL**  Alexander K. Haas
U.S. Department of Justice
Civil Division
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER AND HAND DELIVERIES**  Alexander K. Haas
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave., N.W., Room 3611
Washington, D.C. 20001

<u>U.S. Mail sent to the second address (the Courier and Hand-Delivery Address) may take up to three weeks to reach defense counsel.</u>

Mr. Haas may be reached by phone at (202) 305-9334 or by electronic mail at

alexander.haas@usdoj.gov.  Faxes for Mr. Haas should be sent to (202) 305-3138.

| | |
|---|---|
| Dated: July 21, 2008 | Respectfully submitted, |
| | GREGORY G. KATSAS<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | ANTHONY J. COPPOLINO<br>Special Litigation Counsel |
| | _/s/ Alexander K. Haas_<br>ALEXANDER K. HAAS (CA Bar # 220932)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>PO Box 883<br>Washington, D.C. 20044<br>Tel: (202) 305-9334 — Fax: (202) 616-8470<br>alexander.haas@usdoj.gov<br>Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appearance was served by first-class mail, postage pre-paid, on July 21, 2008, upon plaintiff at the following address:

David Henderson
4635 Atlas, Apt. 8
El Paso, TX  79904

                                                  */s/ Alexander K. Haas*
                                                  Alexander K. Haas