UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID HENDERSON<br>Plaintiff,<br><br>v.<br><br>LT GENERAL KEITH ALEXANDER<br>DIRECTOR, NATIONAL SECURITY<br>AGENCY | )<br>)  Case No. 06-0245 CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF KIMBERLY SCHULZ-GOSS

1. I am a paralegal in the General Counsel's Office of the National Security Agency (NSA). I have served in this position since 11 December 2006. As part of my duties as a Paralegal, I handle administrative claims under the Federal Tort Claims Act for NSA.

2. I have access to the claims database, which has the name of any individual who has filed an administrative claim under the Federal Tort Claims Act against NSA within the past ten years.

3. On 21 July 2008, I searched the database under the name of David Henderson and found no records.

4. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed pursuant to 28 U.S.C. §1746.

KIMBERLY A. SCHULZ-GOSS

Executed on this 21st day of July 2008.

UNCLASSIFIED//FOR OFFICIAL USE ONLY