UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID HENDERSON, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 06-0245 (CKK) |
|  | ) | |
| KEITH ALEXANDER, | ) | |
|  | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on plaintiff's second motion to reopen this case. It appears that plaintiff brought this civil action under the Federal Tort Claims Act ("FCTA"), which "bars claimants from bringing suit in federal court until they have exhausted their administrative remedies." *McNeil v. United States*, 508 U.S. 106, 113 (1993). A plaintiff exhausts after he presents his claim to the appropriate federal agency and the agency denies the claim in writing. *See* 28 U.S.C. § 2675(a).

Plaintiff represents that he "submitted the Administrative Requests for NSA records the Court requested." Pl.'s Mot. to Reopen at 1. He further states that defendant "has not responded to numerous written and oral requests, so plaintiff deems that his administrative request under the FTCA are [sic] denied." *Id.* at 2. He provides no evidence to support his assertion that he filed an administrative FTCA claim with the National Security Agency.

Defendant, however, submits an affidavit supporting its assertion that its staff "searched

the [FTCA claims] database under the name of David Henderson and found no records." Def.'s Opp'n, Schulz-Goss Decl. ¶ 3. Defendant's affidavit is uncontroverted. Plaintiff, then, has not yet exhausted his administrative remedies.

Accordingly, it is hereby

ORDERED that plaintiff's second motion to reopen case [Dkt. #11] is DENIED. It is further

ORDERED that the Clerk of Court shall mail a copy of this Order to plaintiff at his address of record.

SO ORDERED.

Date:  July 31, 2008

_____/s/_____
COLLEEN KOLLAR KOTELLY
United States District Judge