UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

DAVID NEWERSON
        Plaintiff

                                    CA No. 06-0245
        V.                              (CKK)

KEITH ALEXANDER

        Defendant

PLAINTIFF'S NOTICE
    OF APPEAL

    Plaintiff Appeals the Order
of July 31, 2008 to the US Court
OF APPEALS FOR THE DISTRICT
OF COLUMBIA.

                    Respectfully submitted,
                    VMM

                    David E. Henderson
                    P.O. Box 23004
                    El Paso, Tx 78923
                    (915) 759-0021

**RECEIVED**

AUG 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT